UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JACK KANANIAN, Executor of Estate of Harry Kananian, | ) ) ) | CASE NO. 1:07 CV 3188 |
| Plaintiff, | ) ) | JUDGE DONALD C. NUGENT |
| v. | ) ) | |
| BRAYTON PURCELL, LLP, et al., | ) ) | ORDER |
| Defendants. | ) ) ) | |

This matter came before the Court for trial on June 2, 2010. A jury of twelve was duly empaneled and sworn and opening statements of counsel were made. On the second day of trial the parties informed the Court that the case was settled and dismissed as to all claims. The jury was discharged. Costs are to be paid by Defendants. Counsel may submit a final entry by June 15, 2010 if desired. This action is terminated.

IT IS SO ORDERED.

*/s/ Donald C. Nugent*
DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE

DATED: June 3, 2010